**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 13-cv-01746-LTB

HOWARD PHILLIPS,

    Plaintiff,

v.

LINCARE, INC.;
THE CORPORATION COMPANY; and
MARK A. MILLER,

    Defendants.

___

**ORDER DISMISSING WITHOUT PREJUDICE CLAIMS AGAINST
DEFENDANT THE CORPORATION COMPANY**
___

This matter comes before the Court on Plaintiff Howard Phillips' and Defendant The Corporation Company's Stipulation to Dismiss Without Prejudice Claims Against Defendant The Corporation Company. Having reviewed the Stipulation, it is HEREBY ORDERED that this action be dismissed without prejudice, with respect to Defendant The Corporation Company.

Each party shall bear its own costs and expenses.

SO ORDERED this __26th__ day of August, 2013.

                                               BY THE COURT:

                                               _s/Lewis T. Babcock_
                                               Lewis T. Babcock, Judge