IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  13-cv-01746-LTB-BNB

HOWARD PHILLIPS,

Plaintiff,

v.

LINCARE, INC, and
MARK A. MILLER,

Plaintiff.

---

## ORDER

---

The parties appeared this afternoon for a scheduling conference.  They had submitted conflicting scheduling orders and expressed an inability to cooperate sufficiently to file a single form of order.  The conduct of counsel as described is inexcusable and unacceptable, and I will not tolerate it.

IT IS ORDERED:

(1)     The parties shall submit a single form of scheduling order to which both counsel agree on or before November 13, 2013;

(2)     A supplemental scheduling conference is set for November 20, 2013, at 8:30 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado; and

(3)     If a single form of scheduling order to which both counsel agree is submitted on the date required, only counsel need appear at the supplemental scheduling conference. Otherwise, counsel and their clients must appear, in person, at the supplemental scheduling

conference.

Dated October 31, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge