**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-01746-LTB-BNB

HOWARD PHILLIPS,

       Plaintiff,

v.

LINCARE, INC.;
MARK A. MILLER,

       Defendants.

_____

**ORDER**
_____

Upon Defendants' Motion to Supplement Response to Plaintiff's Motion to Remand *Instanter* (Doc 30 - filed December 10, 2013), it is

ORDERED that the Motion is GRANTED.

                                                    BY THE COURT:

                                                      s/Lewis T. Babcock
                                                    Lewis T. Babcock, Judge

DATED:   December 11, 2013